# IN THE UNITED STATES DISTRICT COUT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | NO. 19-368-1, 6 |
| **v.** : | |
| : | |
| **HAMLET TANTUSHYAN** : | |
| **HRCHYA GYULUMYAN** : | |

## ENTRY OF SPECIAL APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of non – party attorney George Mgdesyan.

Dated: November 12, 2019

Ellen C. Brotman, Esq.
PA Id. # 71775
Brotman Law
Suite 1500
One South Broad Street
Philadelphia, Pennsylvania 19107
ebrotman@ellenbrotmanlaw.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Entry of Special Appearance was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: November 12, 2019

Ellen C. Brotman, Esq.
PA Id. # 71775
Brotman Law
Suite 1500
One South Broad Street
Philadelphia, Pennsylvania 19107
ebrotman@ellenbrotmanlaw.com