AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

_____ District of _____

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| | ) | Case Number: |
| | ) | USM Number: |
| | ) | _____ |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.
☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| | | | |

    The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_____
Date of Imposition of Judgment

_____
Signature of Judge

_____
Name and Title of Judge

_____
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                        Sheet 1A

DEFENDANT:
CASE NUMBER:

Judgment—Page _____ of _____

## ADDITIONAL COUNTS OF CONVICTION

**Title & Section**     **Nature of Offense**                              **Offense Ended**       **Count**

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page _____ of _____

DEFENDANT:
CASE NUMBER:

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
       Sheet 3 — Supervised Release

Judgment—Page _____ of _____

DEFENDANT:
CASE NUMBER:

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
       Sheet 3A — Supervised Release

Judgment—Page _____ of _____

DEFENDANT:
CASE NUMBER:

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

DEFENDANT: HAMLET TANTUSHYAN
CASE NUMBER: DPAE2:19CR000368.001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall refrain from the illegal possession and use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug, alcohol and gambling evaluation and treatment as approved by the U. S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the Court.

The defendant shall provide the U. S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon request. The defendant shall cooperate with the Probation Officer in the investigation of his/her financial dealings and shall provide truthful monthly statements of his income.

The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation or otherwise has the express approval of the Court. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the Fine or Restitution obligation or otherwise has the express approval of the Court.

Payment of the Restitution is a condition of Supervised Release and the defendant shall satisfy the amount due in monthly installments of not less than $100.00.

Print this page now Reset this page
Include this page when printing? Yes No

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
　　　　　　　　　　Sheet 5 — Criminal Monetary Penalties

Judgment — Page _____ of _____

DEFENDANT:
CASE NUMBER:

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ | $ |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

　☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

*United States vs. Hamlet Tantushyan (2:19-CR-368-1)*
Fraud Loss - Restitution Totals
September 2016 - February 2017

| VICTIM | ADDRESS | CITY | STATE | ZIP | AMOUNT |
|---|---|---|---|---|---|
| American Spirit FCU | 1110 Elkton Road | Newark | DE | 19711 | $1,390.00 |
| APCI FCU | PO BOX 20147 | Lehigh Valley | PA | 18002-0147 | $1,400.00 |
| Apple FCU | PO BOX 1200 | Fairfax | VA | 22038-1200 | $900.00 |
| Artisans Bank - Attn: Michael Lawson, Security & Loss Prevention | 2961 Centerville Road | Wilmington | DE | 19808 | $1,100.00 |
| Bank of America - Security Recovery Support | POB 790087 | St. Louis | MO | 63179 | $2,320.00 |
| Busey Bank | PO BOX 4028 | Champaign | IL | 61820 | $3,000.00 |
| Belco Community Credit Union | 609 Spring Street | Wyomissing | PA | 19610 | $1,800.00 |
| Beneficial Mutual Savings Bank | 1818 Market Street | Philadelphia | PA | 19103 | $2,700.00 |
| Branch Banking & Trust - Recovery | POB 1489 | Lumberton | NC | 28359 | $23,960.00 |
| Capital One Bank | 15000 Capital One Drive | Richmond | VA | 23238-1119 | $5,240.00 |
| Citibank | 5800 South Corporate Pl., MC 451 | Sioux Falls | SD | 57108 | $2,800.00 |
| Citizens Bank, NA | c/o Keeper of Records, 525 William Penn Place, Rm. 153-2618 | Pittsburgh | PA | 15219 | $8,400.00 |
| Commonwealth One FCU | P.O. Box 9997 | Alexandria | VA | 22304-0797 | $700.00 |
| Community Powered FCU | 1758 Pulaski Highway | Bear | DE | 19701 | $8,000.00 |
| Connex Credit Union | P.O. Box 477 | North Haven | CT | 06473 | $1,404.00 |
| County Bank | 19927 Shuttle Road | Rehoboth Beach | DE | 19971 | $200.00 |
| Dexsta FCU | 300 Foulk Road, Ste. 100 | Wilmington | DE | 19803 | $2,000.00 |
| Diamond Credit Union | 1500 Ethan Drive | Wyomissing | PA | 19610 | $18,143.50 |
| EPPICARD | PO BOX 245998 | SAN ANTONIO | TX | 78224-5998 | $1,100.00 |
| Fifth Third Bank - Attn: Krista Rackley | 5001 Kingsley Drive, MD - 1MOB23 | Cincinnati | OH | 45263 | $1,500.00 |
| First National Bank | 2101 State Hill Road | Wyomissing | PA | 19610 | $4,740.00 |
| Fulton Bank | 2747 Century Boulevard | Wyomissing | PA | 19610 | $5,816.19 |
| GEICO FCU | 1 Geico Plaza | Washington | DC | 20076 | $800.00 |
| Greendot | P.O. Box 5100 | Pasadena | CA | 91117 | $200.00 |
| JP Morgan Chase Bank - Fraud & Asset Recovery | POB 781220 | Detroit | MI | 48278 | $10,770.00 |
| Langley FCU | 721 Lakefront Commons, Ste. 400 | Newport News | VA | 23606 | $1,800.00 |
| Lehigh Valley Educators Credit Union | 3720 Hamilton Boulevard | Allentown | PA | 18103 | $120.00 |
| Louviers FCU | 185 S. Main Street | Newark | DE | 19711 | $2,900.00 |
| M&T Bank - Attn: William Wells/Enterprise Security | 1100 N. Market Street | Wilmington | DE | 19890 | $46,980.29 |
| Marine FCU | PO BOX 1551 | JACKSONVILLE | NC | 28541-1551 | $460.00 |
| Merck Sharp and Dohme FCU | 335 W. Butler Avenue | Chalfont | PA | 18914 | $4,710.00 |
| Metabank | 5501 S Broadband Lane | Sioux Falls | SD | 57108 | $650.00 |
| Mutual CU | 1604 CHERRY ST | VICKSBURG | MS | 39180 | $860.00 |
| Navy FCU | 820 FOLLIN LN SE | VIENNA | VA | 22180 | $14,153.00 |
| Old National Bank | P.O. Box 718 | Evansville | IN | 47705-0718 | $2,660.00 |
| Pennsylvania State Employees Credit Union | PO BOX 67012 | HARRISBURG | PA | 17106-7012 | $3,170.84 |
| Philadelphia FCU | 12800 Townsend Road | Philadelphia | PA | 19154-1003 | $400.00 |
| PNC Bank | Mail Stop B7-YB17-01-C, 4100 W. 150 th St. | Cleveland | OH | 44135 | $143,780.62 |
| Police & Fire FCU | 901 Arch Street | Philadelphia | PA | 19107 | $1,300.00 |
| RBC Bank (Georgia), NA | 8081 Arco Corporate Dr., 4th Fl. | Raleigh | NC | 27616 | $700.00 |
| Riverfront | 430 S 4TH ST | READING | PA | 19602-2698 | $4,500.00 |
| Rosedale Federal S&L | P.O. Box 70188 | Rosedale | MD | 21237 | $1,400.00 |
| Santander | 840 Penn Avenue | Wyomissing | PA | 19610 | $7,760.00 |
| State Employees Credit Union of Maryland | 971 Corporate Blvd., Ste. 111 | Linthicum | MD | 21090-2337 | $250.00 |
| State Employees Credit Union of North Carolina | PO BOX 26055 | Raleigh | NC | 27611 | $1,000.00 |
| Spencer Savings Bank | 34 Outwater Lane | Garfield | NJ | 07026 | $1,000.00 |
| SunEast FCU | P.O. Box 2231 | Aston | PA | 19014-0231 | $600.00 |
| SunTrust Bank | 7455 Chancellor Drive | Orlando | FL | 32809 | $3,220.00 |
| TD Bank | 9000 Atrium Way | Mount Laurel | NJ | 08054 | $17,440.00 |

*United States vs. Hamlet Tantushyan (2:19-CR-368-1)*
*Fraud Loss - Restitution Totals*
*September 2016 - February 2017*

| Bank | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| Univest Bank and Trust Company | P.O. Box 197 | Souderton | PA | 18964 | $700.00 |
| USAA Federal Savings Bank | 10750 McDermott Freeway | San Antonio | TX | 78288 | $9,100.00 |
| US Bank | 800 Nicollet Mall, 21st Floor | Minneapolis | MN | 55402 | $2,400.00 |
| United States Postal Service - Accounting | 2825 Lone Oak Parkway | Eagan | MN | 55121-9672 | $109,096.50 |
| Visions Bank | 2101 Centre Avenue | Reading | PA | 19605 | $9,950.00 |
| Vist Bank | 1199 Berkshire Boulevard | Wyomissing | PA | 19610 | $2,740.00 |
| Wells Fargo Bank, N.A. - External Fraud Investigations | PO BOX 912038 | Denver | CO | 80291-2038 | $75,126.49 |
| WSFS Bank | 409 Silverside Road, Ste. 100 | Wilmington | DE | 19809 | $24,449.99 |
| | | | | **TOTAL:** | **$605,761.42** |

Judgment — Page _____ of _____

DEFENDANT:
CASE NUMBER:

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:




Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Judgment—Page _____ of _____

DEFENDANT:
CASE NUMBER:

# ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

**Case Number**
**Defendant and Co-Defendant Names**                    **Joint and Several**           **Corresponding Payee,**
**(including defendant number)**            **Total Amount**               **Amount**                 **if appropriate**